No. 6897.   Edwards *v.* United States.   C. A. 4th Cir.   Certiorari denied.

No. 1468.   Scott et al. *v.* Texas.   Sup. Ct. Tex. Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 1575.   More *v.* United States.   C. A. 9th Cir. Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 6794.   Grijalva *v.* United States.   C. A. 9th Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 6809.   Austin *v.* United States.   C. A. 5th Cir. Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 1474.   Marchese *v.* United States.   C. A. 2d Cir.   Motion to dispense with printing petition granted. Certiorari denied.

No. 1546.   Hohensee et al. *v.* Scientific Living, Inc., et al.   Sup. Ct. Pa.   Motion to dispense with printing petition granted.   Certiorari denied.

No. 1550.   Silk *v.* Kleppe, Administrator of Small Business Administration, et al.   C. A. 1st Cir.   Motion to dispense with printing petition granted.   Certiorari denied.

No. 1557.   LaVallee, Correctional Superintendent *v.* Burns.   C. A. 2d Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.